FILED'07 JUL 25 11:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RANDALL S. HAAK, | ) | |
| | ) | Civil No. 07-653-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| DEBT RECOVERY SOLUTIONS LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

IT IS ORDERED that the parties' Stipulated Motion to Dismiss Pursuant to FRCP 41(a)(1)(ii) [10-1] is GRANTED and that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

Dated this 25th day of July, 2007.

by _____
Paul Papak
United States Magistrate Judge